# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TODD PEARSON, MARK PEARSON, AND ANDY RICK, | Civil No. 08-1370 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL OF PLAINTIFF ANDY RICK** |
| CITY OF BIG LAKE, MINNESOTA, SEAN RIFENBERICK, AND SCOTT JOHNSON | |
| Defendants. | |

---

This matter is before the Court on the Stipulation of Plaintiff Andy Rick and Defendants City of Big Lake, Minnesota, Sean Rifenberick (in his individual and official capacity), and Scott Johnson (in his individual and official capacity) (collectively "Defendants"),

**IT IS HEREBY ORDERED** that:

1. The claims raised in the above-entitled action by Plaintiff Andy Rick against Defendants are **DISMISSED WITH PREJUDICE**, without costs.

2. All other claims Plaintiffs Todd Pearson and Mark Pearson asserted in their pleadings are specifically reserved and not dismissed.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 28, 2010
at Minneapolis, Minnesota

                                          s/ John R. Tunheim
                                           JOHN R. TUNHEIM
                                        United States District Judge